IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN K. DOWD, | : |
| | : CIVIL ACTION No. 08 -1272 |
| Plaintiff, | : |
| | : |
| v. | : JUDGE LANCASTER |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : *Electronic Filing* |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW,** this _7th_ day of ___Oct___, 2009 pursuant to

the Equal Access to Justice Act, 28 U.S.C. §2412, it is hereby Ordered and Decreed

that the Defendant pay to Christine M. Nebel, Esquire the following sum:

$_4,250.00_  reasonable attorney's fees.

BY THE COURT:

_____
United States District Judge